**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-13-0006256**
**23-APR-2014**
**09:23 AM**

NO. CAAP-13-0006256

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

CYNTHIA E. COVEY, Plaintiff-Appellant,
v.
FARMERS INSURANCE HAWAII, INC., et al, Defendants-Appellees,
and
DOE DEFENDANTS 1-100, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 12-1-0794-03)

ORDER DISMISSING THE APPEAL PURSUANT TO HRAP RULE 30
(By: Foley, Presiding Judge, Fujise and Leonard, JJ.)

Upon review of the record, it appears that:

(1) on December 27, 2013, Plaintiff-Appellant Cynthia
Covey (Appellant) filed a notice of appeal;

(2) the record on appeal was filed on February 6, 2014,
and the appellate clerk informed Appellant that the
jurisdictional statement was due February 18, 2014 and the
opening brief was due March 18, 2014;

(3) Appellant has not filed either document;

(4) on March 24, 2014, the appellate clerk informed Appellant that:

(a) the time for filing the statement of jurisdiction and the opening brief expired;

(b) pursuant to Rule 30 of the Hawai'i Rules of Appellate Procedure, the matter would be called to the attention of the court on April 3, 2014 for such action as the court deems proper; and

(c) the appeal may be dismissed; and

(5) thereafter, Appellant did not file the statement of jurisdiction and opening brief or respond to the notice of default.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawai'i, April 23, 2014.

Presiding Judge

Associate Judge

Associate Judge